**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:17−bk−04098−JAF
                                                                        Chapter 7

Ronald Wayne Bright
aka Ronnie Wayne Bright
aka Bright R. Wayne
aka Ronald W. Bright
aka Ronald Bright


            Debtor(s)         /              NOTICE OF CLAIM FILED BY TRUSTEE

TO:

Lakeview Loan Servicing, Inc.
c/o Marinosci Law Group, P.C.
Attn: Connie J. Delisser, Esq.
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, Florida 33309

   Notice is given pursuant to Fed. R. Bank. P. 3004 that the Trustee filed a claim on your behalf in the above captioned matter on June 06, 2018, in the amount of $175,974.40.


    Dated June 07, 2018.


                                        Sheryl L. Loesch, Clerk of Court
                                        300 North Hogan Street Suite 3−150
                                        Jacksonville, FL 32202

    Copies furnished to:
    Debtor
    Debtor's Attorney
    Trustee
    Lakeview Loan Servicing, Inc.
    c/o Marinosci Law Group, P.C.
    Attn: Connie J. Delisser, Esq.
    100 West Cypress Creek Road, Suite 1045
    Fort Lauderdale, Florida 33309