**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                        Case No. 3:17−bk−04098−JAF
                                                                                              Chapter 7

Ronald Wayne Bright
aka Ronnie Wayne Bright
aka Bright R. Wayne
aka Ronald W. Bright
aka Ronald Bright

_____Debtor(s)_____/      NOTICE OF CLAIM FILED BY TRUSTEE

TO:

Lakeview Loan Servicing, Inc.
c/o Marinosci Law Group, P.C.
Attn: Connie J. Delisser, Esq.
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, Florida 33309

   Notice is given pursuant to Fed. R. Bank. P. 3004 that the Trustee filed a claim on your behalf in the above captioned matter on October 18, 2018, in the amount of $175,974.40.

   Dated October 19, 2018.

Sheryl L. Loesch, Clerk of Court
300 North Hogan Street Suite 3−150
Jacksonville, FL 32202

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
Lakeview Loan Servicing, Inc.
c/o Marinosci Law Group, P.C.
Attn: Connie J. Delisser, Esq.
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, Florida 33309