UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:    Case No:  17-04098-3F7

RONALD WAYNE BRIGHT (deceased)

_____ Debtor(s)./

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

The Trustee, Gordon P. Jones, reports that more than ninety days have passed and the following checks have not been presented for payment:

| CLAIM NUMBER | CREDITOR NAME & ADDRESS | AMOUNT OF CHECK | CHECK NUMBER |
|---|---|---|---|
| 00013B | Lakeview Loan Servicing, Inc. c/o Marinosci Law Group, P.C. Attn.: Connie J. Delisser, Esquire 100 W Cypress Creek Rd, Suite 1045 Ft. Lauderdale, FL 33309 | $59,166.10 | 2020 |

Pursuant to 11 U.S.C. §347(a), the Trustee has stopped payment on the check and issued estate check number 2021 in the amount of $59,166.10 payable to the Clerk of the Court as unclaimed property.

A copy of this Report and the original check have been mailed via U.S. Mail, postage prepaid, on June 12, 2019, to:

United States Bankruptcy Court
Attn.:  Susan Magaditsch, Financial Manager
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 727
Tampa, FL  33602

/s/ Gordon P. Jones
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL  32260-0459
(904) 262-7373
Trustee

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 12th day of June, 2019 or electronically by the Bankruptcy Noticing Center, to the following:

Claimant listed at above address
Office of United States Trustee

/s/ Gordon P. Jones
Trustee